

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

| | |
|---|---|
| Cause Numbers: | 01-15-00517-CR; 01-15-00518-CR |
| Trial Court Cause Numbers: | 1436278; 1436279 |
| Style: | John Henry Skillern |
| | **v.** The State of Texas |
| Date motion filed*: | September 22, 2016 |
| Type of motion: | Motion to Strike Appellant's Brief |
| Party filing motion: | Appellant |
| Document to be filed: | |

Is appeal accelerated? ☐ YES  ☒ NO

Ordered that motion is:

☐ Granted

    If document is to be filed, document due:

    ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Evelyn V. Keyes
    ☒ Acting individually    ☐ Acting for the Court

Date: September 27, 2016